**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **PHILLIP GRIGGS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Case No. 3:21-cv-00265** |
| ) | **Crenshaw/Newbern** |
| **RYDER INTEGRATED LOGISTICS, INC.** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**[PROPOSED] ORDER GRANTING MOTION TO EXTEND DISCOVERY DEADLINE**

This Matter is before the Court on the parties' Joint Motion to Extend Fact Discovery. For good cause shown, the Motion is hereby GRANTED. The parties shall have until August 30, 2022 to compete fact discovery in this matter.

It is so **ORDERED**.

_____
Alistair E. Newbern
UNITED STATES MAGISTRATE JUDGE