UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PHILLIP GRIGGS,<br><br>　　Plaintiff,<br><br>v.<br><br>RYDER INTEGRATED LOGISTICS, INC.,<br><br>　　Defendant. | Case No. 3:21-cv-00265<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Alistair E. Newbern |

## ORDER

Magistrate Judge Joe Brown (Ret.) reports that this matter has settled through mediation. The parties are ORDERED to make the necessary filings to terminate the action by August 15, 2022.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge