UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PHILLIP GRIGGS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:21-cv-00265 |
| | ) Crenshaw/Newbern |
| RYDER INTEGRATED LOGISTICS, INC. | ) ) |
| Defendant. | ) ) |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

The parties hereby stipulate to dismissal of this matter, with prejudice. Defendant agrees to the voluntary dismissal of this case on the condition that it is dismissed with prejudice, and Plaintiff agrees to such designation of the dismissal.

Thus, it appearing the parties have resolved the matter and agreed to the dismissal of the matter with prejudice, this matter is **DISMISSED WITH PREJUDICE**, and each party shall bear its own costs of litigation, including court costs. The Clerk shall close this case.

IT IS SO ORDERED.

_____
Waverly D. Crenshaw, Jr.
Chief United States District Judge